*11092249*
*$2.71*
*8/15/11*

# MORRIS L. HORWITZ
## Chapter 7 United States Trustee in Bankruptcy
14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)   (716) 693-4529 (Niagara)
(716) 693-4685 (fax)

August 10, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501

Re:   FINELLI, ANTHONY J.          08-11010-K

Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of **$2.71** I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Capital Recovery One          Amount $2.71          Claims Register #1



FILED AUG 15 2011 BANKRUPTCY COURT BUFFALO, N.Y.

_____
Morris L. Horwitz, Trustee